1  TRACY L. WILKISON
   United States Attorney
2  SCOTT M. GARRINGER
   Assistant United States Attorney
3  Chief, Criminal Division
   KYLE W. KAHAN (Cal. Bar No. 298848)
4  Special Assistant United States Attorney
   General Crimes Section
5      1200 United States Courthouse
       312 North Spring Street
6      Los Angeles, California 90012
       Telephone:    (213) 894-2238
7      Facsimile:    (213) 894-0141
       E-mail:  kyle.kahan@usdoj.gov
8
   Attorneys for Plaintiff
9  UNITED STATES OF AMERICA

10                 UNITED STATES DISTRICT COURT

11            FOR THE CENTRAL DISTRICT OF CALIFORNIA

12  UNITED STATES OF AMERICA,        No. 22-MJ-754-DUTY

13            Plaintiff,             GOVERNMENT'S NOTICE OF REQUEST FOR
                                     DETENTION
14            v.

15  MICHAEL WILLIAMS,

16            Defendant.

17

18       Plaintiff, United States of America, by and through its counsel

19  of record, hereby requests detention of defendant and gives notice of

20  the following material factors:

21  ☐  1.   Temporary 10-day Detention Requested (§ 3142(d)) on the

22           following grounds:

23      ☐  a.   present offense committed while defendant was on release

24               pending (felony trial),

25      ☐  b.   defendant is an alien not lawfully admitted for

26               permanent residence; and

27

28

1  ☐  c.   defendant may flee; or

2  ☐  d.   pose a danger to another or the community.

3  ☒  2.   Pretrial Detention Requested (§ 3142(e)) because no

4       condition or combination of conditions will reasonably

5       assure:

6     ☒  a.   the appearance of the defendant as required;

7     ☒  b.   safety of any other person and the community.

8  ☐  3.   Detention Requested Pending Supervised Release/Probation

9       Revocation Hearing (Rules 32.1(a)(6), 46(d), and 18 U.S.C.

10       § 3143(a)):

11    ☐  a.   defendant cannot establish by clear and convincing

12          evidence that he/she will not pose a danger to any

13          other person or to the community;

14    ☐  b.   defendant cannot establish by clear and convincing

15          evidence that he/she will not flee.

16  ☐  4.   Presumptions Applicable to Pretrial Detention (18 U.S.C.

17       § 3142(e)):

18    ☐  a.   Title 21 or Maritime Drug Law Enforcement Act ("MDLEA")

19          (46 U.S.C. App. 1901 et seq.) offense with 10-year or

20          greater maximum penalty (presumption of danger to

21          community and flight risk);

22    ☐  b.   offense under 18 U.S.C. §§ 924(c), 956(a), 2332b, or

23          2332b(g)(5)(B) with 10-year or greater maximum penalty

24          (presumption of danger to community and flight risk);

25    ☐  c.   offense involving a minor victim under 18 U.S.C.

26          §§ 1201, 1591, 2241, 2242, 2244(a)(1), 2245, 2251,

27          2251A, 2252(a)(1)-(a)(3), 2252A(a)(1)-2252A(a)(4),

28

1  2260, 2421, 2422, 2423 or 2425 (presumption of danger

2  to community and flight risk);

3  ☐  d.  defendant currently charged with an offense described

4  in paragraph 5a - 5e below, AND defendant was

5  previously convicted of an offense described in

6  paragraph 5a - 5e below (whether Federal or

7  State/local), AND that previous offense was committed

8  while defendant was on release pending trial, AND the

9  current offense was committed within five years of

10  conviction or release from prison on the above-

11  described previous conviction (presumption of danger to

12  community).

13  ☒  5.  Government Is Entitled to Detention Hearing Under § 3142(f)

14  If the Case Involves:

15  ☐  a.  a crime of violence (as defined in 18 U.S.C.

16  § 3156(a)(4)) or Federal crime of terrorism (as defined

17  in 18 U.S.C. § 2332b(g)(5)(B)) for which maximum

18  sentence is 10 years' imprisonment or more;

19  ☐  b.  an offense for which maximum sentence is life

20  imprisonment or death;

21  ☐  c.  Title 21 or MDLEA offense for which maximum sentence is

22  10 years' imprisonment or more;

23  ☐  d.  any felony if defendant has two or more convictions for

24  a crime set forth in a-c above or for an offense under

25  state or local law that would qualify under a, b, or c

26  if federal jurisdiction were present, or a combination

27  or such offenses;

28

3

☐  e.   any felony not otherwise a crime of violence that involves a minor victim or the possession or use of a firearm or destructive device (as defined in 18 U.S.C. § 921), or any other dangerous weapon, or involves a failure to register under 18 U.S.C. § 2250;

☒  f.   serious risk defendant will flee;

☐  g.   serious risk defendant will (obstruct or attempt to obstruct justice) or (threaten, injure, or intimidate prospective witness or juror, or attempt to do so).

☐  6.   Government requests continuance of _____ days for detention hearing under § 3142(f) and based upon the following reason(s):

_____

_____

_____

_____

//
//
//
//
//
//
//
//
//
//
//
//

4

1    ☐   7.   Good cause for continuance in excess of three days exists in

2             that:

3

4             _____

5             _____

6             _____

7             _____

8    Dated: March 2, 2022              Respectfully submitted,

9                                      TRACY L. WILKISON
                                       United States Attorney
10
                                       SCOTT M. GARRINGER
11                                     Assistant United States Attorney
                                       Chief, Criminal Division
12

13                                     _/s/ Kyle W. Kahan_____
                                       KYLE W. KAHAN
14                                     Special Assistant United States
                                       Attorney
15
                                       Attorneys for Plaintiff
16                                     UNITED STATES OF AMERICA

17

18

19

20

21

22

23

24

25

26

27

28