Fermin C. Vargas (Bar No. 312308)
Deputy Federal Public Defender
321 East 2nd Street
Los Angeles, CA 90012
Tel: (213) 894-2089
Fax: (213) 894-0081
E-mail: Fermin_Vargas@fd.org

```
F I L E D
CLERK, U.S. DISTRICT COURT
3/3/2022
CENTRAL DISTRICT OF CALIFORNIA
BY:       vam        DEPUTY
```

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. Michael Williams DEFENDANT. | CASE NUMBER: 2:22-MJ-00754-DUTY DECLARATION RE PASSPORT AND OTHER TRAVEL DOCUMENTS |
|---|---|

I, Michael Williams , declare that
*(Defendant/Material Witness)*

☐ I have never been issued any passport or other travel document by any country. I will not apply for a passport or other travel document during the pendency of this case.

☑ I have been issued a passport or other travel document(s). I will surrender my passport and all other travel document(s) issued to me to the U.S. Pretrial Services Agency by the deadline imposed. I will not apply for a passport or other travel document during the pendency of this case.

☐ I am unable to locate my passport(s) or other travel document(s). If I locate any passport or other travel document issued to me, I will immediately surrender it to the U.S. Pretrial Services Agency. I will not apply for a passport or other travel document during the pendency of this case.

☐ My passport and all other travel documents issued to me are in the possession of federal authorities. If any such document is returned to me during the pendency of this case, I will immediately surrender it to the U.S. Pretrial Services Agency. I will not apply for a passport or other travel document during the pendency of this case.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this   2nd   day of   March  , 20 22
at Los Angeles, CA
*(City and State)*

/s/ Michael Williams (with permission)
*Signature of Defendant/Material Witness*

If the declarant is not an English speaker, include the following:

I, _____ , am fluent in written and spoken English and _____ languages. I accurately translated this form from English into _____ to declarant _____ on this date.

Date: _____

_____
*Interpreter*