*United States Probation & Pretrial Services*

United States District Court
Central District of California



FILED
CLERK, U.S. DISTRICT COURT
3/4/2022
CENTRAL DISTRICT OF CALIFORNIA
BY: vam  DEPUTY

Kiry K. Gray
District Court Executive / Clerk of Court



Natasha Mingo
Chief Probation & Pretrial Services Officer

PACTS No: 7928023

**Passport Receipt**

Defendant Name: Michael Williams

Name on passport, if different:

Country of Origin: U.S.

Date passport issued: September 20, 2021

Expiration date of passport: September 19, 2031

Ordered by court in the Central District of California

Docket Number: 2:22-00754M-1

U.S. Probation & Pretrial Services
Los Angeles - Roybal

Gloria Houston  *[signature]*
Surrendered By

03/04/2022
Date

_____
Surrendered By

_____
Date

_____
Returned To

_____
Date

_____
Surrendered By

_____
Date

Purpose Returned

Address (if mailed)

U.S. Probation & Pretrial Services.