1  CUAUHTEMOC ORTEGA (Bar No. 257443)
   Federal Public Defender
2  CHAD J. PENNINGTON (MN Bar No. 0397620)[1]
   (E-Mail: chad_pennington@fd.org)
3  Deputy Federal Public Defender
   321 East 2nd Street
4  Los Angeles, California 90012-4202
   Telephone: (213) 894-2854
5  Facsimile: (213) 894-0081

6  Attorney for Defendant
   MICHAEL WILLIAMS

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| UNITED STATES OF AMERICA, | Case No. 2:22-mj-00754-DUTY |
|---|---|
| Plaintiff, | |
| v. | **NOTICE OF APPEARANCE OF ATTORNEY** |
| MICHAEL WILLIAMS, | |
| Defendant. | |

Notice is hereby given that Deputy Federal Public Defender Chad J. Pennington has been assigned to represent Defendant Michael Williams.

Please make all necessary changes to the Court's Case Management/Electronic Case Filing System to accurately reflect this appearance and to ensure that defense counsel receives all notifications relating to filings in this case.

//
//

---

[1] As a government attorney and a member of the New York and Minnesota State Bars, I have been admitted to practice before the United States District Court for the Central District of California.

|  |  |
|---|---|
| | Respectfully submitted, |
| | CUAUHETMOC ORTEGA<br>Federal Public Defender |
| DATED: March 10, 2022 | By  */s/ Chad J. Pennington*<br>CHAD J. PENNINGTON<br>Deputy Federal Public Defender |